FORM eorpbkm
(Revised 02/18/2015)

SO ORDERED.

Dated: November 25, 2025

*Daniel P. Collins*
**Daniel P. Collins, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  

KATHRYN ANN CARLSON  
9418 N 2ND ST  
PHOENIX, AZ 85020  
SSAN: xxx–xx–6089  
EIN:  

Debtor(s)

Case No.: 2:25–bk–09840–DPC

Chapter: 7

## ORDER

The Debtor(s) have requested that the court approve a reaffirmation agreement with **ONEAZ CREDIT UNION** involving a consumer debt secured by a mortgage, deed of trust, or other lien instrument on real estate. The United States Bankruptcy Code does not require the court to approve such agreements. 11 U.S.C. § 524; <u>McClelland Fed. Credit Union v. Parker (In re Parker)</u>, 139 F.3d 668 (9th Cir. 1998). Debtors are not required to sign a reaffirmation agreement in order to retain their real property. To retain this real property, Debtors must comply with the terms of this loan obligation.

Based on the foregoing, the Court has not approved the Reaffirmation Agreement and no hearing will be held concerning such Agreement.

ORDERED ACCORDINGLY.

SIGNED AND DATED ABOVE.